Mohamed Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400

FILED
APR 21 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re: GONZALEZ, ISIDRO CASILLAS
GONZALEZ, MARIA DOLORES

Debtor(s)

Case No. 09-57275-SLJ
Chapter 7

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above captioned case hereby turns over to the Court, unclaimed dividends as itemized below. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| #6 | GE Money Bank<br>Care of Recovery Management Systems Corp<br>dba CARECREDIT/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $2,511.98 | $593.70 |

Dated: April 18, 2011

_____
MOHAMED POONJA, TRUSTEE