```
                        United States Bankruptcy Court
                         Northern District of California
In re:                                                      Case No. 09-57275-SLJ
Isidro Casillas Gonzales                                    Chapter 7
Maria Dolores Gonzalez
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: ttaylor            Page 1 of 2           Date Rcvd: Jul 12, 2012
                              Form ID: NWUCF           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2012.
        Dilks & Knopik LLC,   P O Box 2728,   Issaquah, WA  98027-0125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10541101    +E-mail/PDF: rmscedi@recoverycorp.com Jul 13 2012 03:46:52     GE Money Bank,
      Care of Recovery Management Systems Corp,   dba CARECREDIT/GEMB,   25 SE 2nd Ave Ste 1120,
      Miami FL 33131-1605
                                                                                                                                                                     TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2012**                           **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0971-5          User: ttaylor            Page 2 of 2              Date Rcvd: Jul 12, 2012
                              Form ID: NWUCF           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2012 at the address(es) listed below:
          Barry  Milgrom    on behalf of Trustee Mohamed Poonja bmilgrom@mckennalong.com,
           wowen@mckennalong.com
          Diana D. Herman    on behalf of Trustee Mohamed Poonja dherman@mckennalong.com,
           nquintanilla@mckennalong.com
          Mohamed  Poonja   mpoonja@sbcglobal.net,  mpoonja@ecf.epiqsystems.com
          Office of the U.S. Trustee / SJ   USTPRegion17.SJ.ECF@usdoj.gov,  ltroxas@hotmail.com
          Rodney M. Kleman    on behalf of Debtor Isidro Gonzales ecf@debtdoctors.com
                                                                                                                                        TOTAL: 5

Form NWUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
### Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br><br>Isidro Casillas Gonzales and Maria Dolores Gonzalez<br>aka   Isidro Casillas<br>aka   Isoro Gonzalez<br>aka   Gonzalez Isidro<br>aka   Maria D Gonzalez<br>aka   Dolores Melchor | Case No.: 09−57275 SLJ 7<br>Chapter: 7 |

### Notice of Failure to Cure Deficiencies in an Application for Unclaimed Dividends

Notice is given that the Application for Unclaimed Dividends, submitted by claimant GE Money Bank c/o Recovery Mgmt Systems, dba Carecredit/GEMB , on 2/16/2012, in the above captioned case, is hereby deemed withdrawn due to claimant's failure to timely submit required and/or additional documents/information. The Court will take no further action on this application.

Dated: 7/12/12

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

By: Toni Taylor
   (415)268−2335
   Toni_Taylor@canb.uscourts.gov